UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE A. KELLEY, III

    Petitioner,

v.                                       Case No. 8:10-cv-2528-T-23TBM

JIM COATS, Sheriff,

    Respondent.
_____/

## O R D E R

Kelley's petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) was denied (Doc. 3) under <u>Younger v. Harris</u>, 401 U.S. 37, 45 (1971). Kelly claims (Doc. 5) actual innocence of the pending state charges and requests the entry of "findings of facts and conclusions of law." <u>Younger</u> requires a district court's abstention from reviewing before a conviction the validity of a pending, state criminal charge.

Accordingly, Kelly's motion (Doc. 5) is **DENIED**.

ORDERED in Tampa, Florida, on December 6, 2010.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE